# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   (212) 465-1188
                   cklee@leelitigation.com

July 27, 2015

**VIA ECF**
The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *West v. KMART Holding Corporation*
      Case No. 15-CV-2918

Dear Judge Ramos,

     We are counsel to Plaintiff in the above-captioned action. We write, jointly with counsel for Defendant, to inform the Court that the parties have reached a settlement in principle and are currently preparing the settlement documents. In view of the pending settlement, the parties respectfully request a 30-day order of dismissal.

     We thank Your Honor for considering this matter.

Respectfully,

*/s/ C.K. Lee*
C.K. Lee


cc:   All parties via ECF